United States District Court
District of Connecticut
FILED AT NEW HAVEN

11/21, 2019

By N Fanelle
Deputy Clerk

Case 1:05-cr-00254-EGS   Document 54   Filed 11/21/19   Page 1 of 2

FILED
NOV -7 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Ms. Barbara Biarsh
77a North Ave. No. 70
Bridgeport, Ct. 06606
November 4, 2019

Let This
be
Filed
[signature] 11/7/19
CR 05-254 (EGS)

Judge Emmet G. Sullivan
U.S. District Court
District of Columbia
Washington D.C. 20001

Dear Judge Sullivan:

I am writing this letter to ask you to please remove my Washington D.C. probation. I now have 2 probations, one is in Bridgeport, Ct and the other is in Washington D.C. (con-current). You were the Judge for my case. My crime was threatening communications (letters). I was sentenced on October 17, 2006 in Washington D.C. I served 12 years and 4 months in various Federal prisons and 6 months in a half-way house in Washington D.C. (Fairview). I am 74 years old and I am very sick. I have asthma, C.O.P.D, osteoporosis, periodontitus, high blood pressure and a retina disorder. I am attending AA meetings and see a therapist. The Washington D.C. probation requires that I wear an ankle monitor. I have

a damaged left knee and the ankle monitor is making me ill. I don't do much because of these illnesses. If you remove the Washington D.C. probation, I will continue to have probation in Ct. My probation officer is Mr. Patrick Norton, 915 Lafayette Blvd., Rm 200 Bridgeport, Ct. 06604, FAX (203)579-5571, e-mail is Patrick_Norton@ctp.uscourts.gov, Tel. (203) 579-5548, cell. (203) 509-3055. Thank you for reading my letter. I apologize for hand written but I do not have a computer now.

Sincerely,

Barbara March